Benjamin T. Diggs (Bar No. 245904)
benjamin.diggs@hoganlovells.com
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone:  +1 415 374 2304
Facsimile:  +1 415 374 2499

Robert B. Wolinsky (*pro hac vice*)
Kathryn L. Marshall (Bar No. 282042)
robert.wolinsky@hoganlovells.com
kathryn.marshall@hoganlovells.com
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: +1 202 637 8895
Facsimile: +1 202 637 5910

George W. Ingham (*pro hac vice*)
george.ingham@hoganlovells.com
HOGAN LOVELLS US LLP
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Telephone: +1 703 610 6286
Facsimile: +1 703 610 6200

Attorneys for Defendants
WACKER CHEMIE AG and WACKER
CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADEMA TECHNOLOGIES, INC., D/B/A GLORIA SOLAR (USA),<br><br>Plaintiff,<br><br>v.<br><br>WACKER CHEMIE AG and WACKER CHEMICAL CORPORATION,<br><br>Defendants. | Case No. 5:13-cv-05599-BLF<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE DATE**<br><br>Honorable Beth Labson Freeman |

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE DATE
CASE NO. 5:13-CV-05599-BLF

WHEREAS:

1.  Following the reassignment of this matter to Judge Freeman, the Case Management Conference, which was previously set for May 15, 2014, was rescheduled for May 6, 2014.

2.  Counsel for Defendants is not available on May 6 due to a pre-existing professional commitment for another matter. The parties conferred and jointly have agreed to continue the Case Management Conference to May 20, 2014 at 9:00 a.m. The Court has indicated that May 20 is an available date to reschedule the Case Management Conference.

3.  The parties further agree that they may participate in the Case Management Conference by telephone.

4.  This request for continuance is made in good faith and not for the purpose of delay, and will not prejudice any party.

5.  The parties and their respective counsel consent to this continuance.

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the Case Management Conference is continued to **May 20, 2014 at 9:00 a.m.**

| | | |
|---|---|---|
|1| | |
|2|Dated: April 25, 2014|Dated: April 25, 2014|
|3| | |
|4|By: /s/ James P. McEvilly, III|By: /s/ Benjamin T. Diggs|
| |James P. McEvilly, III (*pro hac vice*)|Benjamin T. Diggs (Bar No. 245904)|
|5|James.McEvilly@slglawfirm.com|benjamin.diggs@hoganlovells.com|
| |Shlanksy Law Group, LLP|Hogan Lovells US LLP|
|6|1000 N. West Street, Suite 1200|3 Embarcadero Center, Suite 1500|
| |Wilmington, DE 19801|San Francisco, CA 94111|
|7|Phone: (302) 256-5011|Telephone: +1 415 374 2304|
| |Fax: (866) 257-9530|Fax: +1 415 374 2499|
|8| | |
|9|Travis Tatko (Bar No. 289203)|Robert B. Wolinsky (*pro hac vice*)|
|10|Travis.Tatko@slglawfirm.com|Kathryn L. Marshall (Bar No. 282042)|
| |Shlansky Law Group, LLP|robert.wolinsky@hoganlovells.com|
|11|228 Hamilton Avenue, 3rd Floor|kathryn.marshall@hoganlovells.com|
| |Palo Alto, CA 94301|Hogan Lovells US LLP|
|12|Phone: (650) 238-5433|Columbia Square|
| |Fax: (866) 257-9530|555 Thirteenth Street, N.W.|
|13| |Washington, DC 20004|
|14|David Shlansky (*pro hac vice*)|Telephone: +1 202 637 8895|
| |David.Shlansky@slglawfirm.com|Fax: +1 202 637 5910|
|15|Shlanksy Law Group, LLP| |
| |303 Wyman Street, Suite 300|George W. Ingham (*pro hac vice*)|
|16|Waltham, MA 02451|george.ingham@hoganlovells.com|
| |Phone: (617) 497-7200|Hogan Lovells US LLP|
|17|Fax: (866) 257-9530|Park Place II|
| | |7930 Jones Branch Drive, Ninth Floor|
|18|Attorneys for Plaintiff ADEMA|McLean, VA 22102|
|19|TECHNOLOGIES, INC., doing|Telephone: +1 703 610 6286|
| |Business as GLORIA SOLAR (USA)|Fax: +1 703 610 6200|
|20| | |
|21| |Attorneys for Defendants WACKER|
| | |CHEMIE AG and WACKER CHEMICAL|
|22| |CORPORATION|
|23| | |
|24| | |
|25| | |
|26| | |
|27| | |
|28| | |

APPROVED
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE DATE
CASE NO. 5:13-CV-05599-BLF

**ATTESTATION**

I, [Robert B. Wolinsky], counsel for Defendants, hereby attest, pursuant to N.D. Cal. Local Rule 5.1(i)(3), that concurrence to the filing of the parties' Stipulation Continuing Case Management Conference Date has been obtained from each signatory hereto.

                                                            s/ Robert B. Wolinsky
                                                                Robert B. Wolinsky