UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ADEMA TECHNOLOGIES, INC, Plaintiff, v. WACKER CHEMICAL CORPORATION, et al., Defendants. | Case No. 13-cv-05599-BLF<br>**CASE MANAGEMENT ORDER** |
|---|---|

On 05/20/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 07/17/2014 at 9:00 am, following Motion to Dismiss Hearings. |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1
2       IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
3   are referred to the assigned Magistrate Judge.
4       IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
5   orders, which are available on the Court's website and in the Clerk's Office.
6       IT IS FURTHER ORDERED THAT the two pending Motions to Dismiss will be heard on
7   07/17/2014 at 9:00 am.

Dated: May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge